**THORN LAW FIRM**
Douglas R. Thorn (Cal. Bar No. 133521)
1380 Lead Hill Boulevard
First Floor, Suite 106
Roseville, California 95661
Telephone (916) 768-9311
Email Address doug@dougthorn.com

Attorneys for Plaintiff Felix Sanchez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felix Sanchez, Jr.,<br>    Plaintiff,<br>v.<br>City of Roseville; Roseville Police Department; Daniel Medina; Curtis Watkins; Adaris Wilson; Brandon Fernandez; County of Placer; Placer County Sheriff's Office; Jane Doe 1; and through 5, inclusive,<br>    Defendants. | No. 2:19-cv-1086 WBS DB<br><br>STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

## STIPULATION

Counsel for Plaintiff and Defendants stipulate and agree that:

1. The parties are having difficulty setting the last of the percipient and expert witness depositions by the October 1, 2020, discovery cutoff.

2. The parties are also working through compliance issues with Plaintiff's Rule 34 inspection demands, which only came to light last week when it was brought to Plaintiff's counsel's attention by an expert consultant reviewing the report prepared by Defendants' retained expert.

3. Counsel for Defendants has an unusually full schedule with over 30 depositions and 4 dispositive motions to complete before the October 1, 2020, discovery cutoff, and he is not available to complete discovery outside of normal business hours because of school closures and the essential needs and care of his young family.

4. Subject to the Court's approval, therefore, counsel stipulate and agree to extend the discovery cutoff through November 10, 2020.

5. Counsel acknowledge and affirm all other dates, deadlines, and orders in the Scheduling Order.

IT IS SO STIPULATED

THORN LAW FIRM

August 17, 2020          /s/ Douglas R. Thorn
_____
Douglas R. Thorn
Attorneys for Plaintiffs


PORTER SCOTT

August 17, 2020          /s/ William E. Camy
_____
William E. Camy
Attorneys for Defendants

1—STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: August 25, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE