**THORN** LAW FIRM
Douglas R. Thorn (Cal. Bar No. 133521)
1380 Lead Hill Boulevard
First Floor, Suite 106
Roseville, California 95661
Telephone (916) 768-9311
Email Address doug@dougthorn.com

Attorneys for Plaintiff Felix Sanchez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felix Sanchez, Jr., <br>                         Plaintiff, <br><br> v. <br><br> City of Roseville; Roseville Police Department; Daniel Medina; Curtis Watkins; Adaris Wilson; Brandon Fernandez; County of Placer; Placer County Sheriff's Office; Jane Doe 1; and through 5, inclusive, <br>                         Defendants. | Case No. 2:19-cv-01086-WBS-DB <br><br> APPLICATION, DECLARATION, AND ORDER FOR EX PARTE RELIEF FROM LATE FILING |

APPLICATION, DECLARATION, AND ORDER FOR EX PARTE RELIEF

I, Douglas R. Thorn, declare that I represent Plaintiff Felix Sanchez in this case, and have personal knowledge of the facts set forth in this declaration.

1. I am moving, ex parte, for relief from the late filing of exhibits and response to the separate statement on Defendants' motion for summary judgment.

2. Plaintiff opposition to Defendants' motion for summary judgment was due at midnight on Monday. I did timely file Plaintiff's points and authorities in opposition to the motion, but ran up against a the deadline because I did not allow enough time for the administrative aspect of pulling together and finalizing the citations and exhibits and ran out of time after encountering several problems using the word processing version of the separate statement and, when I tried to file, the CM/ECF system twice rejected my filing for "malformed" pdf files that I was not able to diagnose or fix. I did not know if the problem would require me to split files and renumber the exhibits or what would be required to fix the issue so that the CM/ECF system would accept them, so I notified defense counsel and his staff by email of the problem and told them I would be in touch with the help desk that morning and get the material filed as soon as possible.

3. I went ahead and emailed the word document to defense counsel and provided him with the exhibits, as they are, in a Dropbox folder that his assistant confirmed were downloaded successfully on Tuesday morning by 10:00 a.m. so the defense could work on their reply. I advised defense counsel that I may have to amend the word version of the response to the separate statement if the exhibit numbers are changed to repair the filing issue.

4. Yesterday morning, I called the CM/ECF help desk and we were unable to resolve the issue because I do not have the software to create the new pdf "image" of the transcripts that the technician recommended as the place to start to diagnose the problem. I then contacted the court reporter who provide me with the two pdf files that were "malformed" and sought new pdfs to file.

5. I also emailed Ms. Kirksey to alert her to the problem I was having and she was very helpful in directing me to the Box app to lodge the exhibits, which I appreciate very much. I have since prepared and filed the correct Notice of Lodging and Index and lodged the exhibits with

1—APPLICATION, DECLARATION, AND ORDER FOR EX PARTE RELIEF

the court by the Box application and filed the notice and the response to the separate statement via the CM/ECF system.

6.  The court reporter and I have identified the problem as a problem with her transcripts.  We logged into my account by telephone and she tried to file 3 of her transcripts from her office while we were on the phone but they were rejected with the same error message that I got when I tried to file them.  She is working with her software vendor to correct the problem and will be preparing new pdfs transcripts to provide the parties as soon as possible. Ms. Kirksey let me know that she has been able to open several exhibits and will let me know if I need to upload the corrected pdfs when I get them from the court reporter.

7.  I have met and conferred with defense counsel and he does not object to or oppose ex parte relief from the late filing.

8.  I apologize to the Court, its staff, for not getting the material filed before the deadline or anticipating and allowing more time for these things to happen.

I declare under penalty of perjury under the laws of the United States and State of California that the forgoing is true and correct and that this declaration was executed at Sacramento County, California on January 13, 2021.

THORN LAW FIRM

January 14, 2021

_____/s/_____
Douglas R. Thorn
Attorneys for Plaintiffs

2—APPLICATION, DECLARATION, AND ORDER FOR EX PARTE RELIEF

ORDER

The Court has considered the application for relief from the late filing of Plaintiff's exhibits and response to the separate statement and finds good cause to grant the relief for late filing.

IT IS SO ORDERED

Dated:  January 14, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE