**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, DANIEL MEDINA, CURTIS WATKINS, ADARIS WILSON, and BRANDON FERNANDEZ
*Exempt from Filing Fees Pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT

| | |
|---|---|
| FELIX SANCHEZ, JR., | **Case No.: 2:19-CV-01086-WBS-DB** |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF ROSEVILLE; ROSEVILLE POLICE DEPARTMENT; DANIEL MEDINA; CURTIS WATKINS; ADARIS WILSON; BRANDON FERNANDEZ; Doe 1 through 3, inclusive, | Complaint. filed: 06/14/19
Trial Date: July 20, 2021 |
| Defendants. | |

Plaintiff and Defendants, CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, DANIEL MEDINA, CURTIS WATKINS, ADARIS WILSON, and BRANDON FERNANDEZ ("DEFENDANTS"), hereby agree to a mandatory settlement conference as required by the Court's Scheduling Order, which will be held in front of Magistrate Judge Kendall J. Newman on April 20, 2021 at 9:00 a.m.

///

///

///

///

*{02364626.DOCX}*

1  ///
2  **IT IS SO STIPULATED.**
3  Dated:  February 5, 2021                                      PORTER SCOTT
4                                                                                      A PROFESSIONAL CORPORATION
5                                                                                      By ___/s/ *William E. Camy*_____
6                                                                                              Stephen E. Horan
                                                                                                William E. Camy
7                                                                                              Attorneys for Defendants
8  Dated:  February 5, 2021                                      THORN LAW FIRM
9
10                                                                                    By___/s/ *Douglas Thorn*_____
                                                                                              Douglas Thorn
11                                                                                            Attorney for Plaintiff

*{02364626.DOCX}*

2
**STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE**

**ORDER**

Based upon the Stipulation of the parties:

1. The parties agree to appear before Magistrate Judge Kendall J. Newman for a Settlement Conference on April 20, 2021 at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated: February 5, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*{02364626.DOCX}*